UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW TORO on behalf of himself
and all others similarly situated,

              Plaintiffs,

-against-

BUDDHA JEWELRY, LLC.

              Defendant.

Case No. 1:23-cv-2984

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Hicksville, New York
             November 2, 2023

Respectfully Submitted,

**/s/ Mars Khaimov**

By:    Mars Khaimov, Esq.
        100 Duffy Avenue, Suite 510
        Hicksville, New York 11801
        Tel (929) 324-0717
        Fax (929) 333-7774
        Email: mars@khaimovlaw.com
        *Attorney for Plaintiff*